HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
FRANCISCO VELAZQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO VELAZQUEZ,<br><br>Defendant. | Case No. 6:17-mj-00094-MJS<br><br>**STIPULATION FOR BRIEFING SCHEDULE AND EVIDENTIARY HEARING; ORDER**<br><br>DATE: May 2, 2018<br>TIME: 10:00 a.m.<br>JUDGE: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Francisco Velazquez, that the following briefing schedule be set, that the currently scheduled April 4, 2018 status conference be vacated, and that the matter be set for an evidentiary hearing on May 2, 2018, at 10:00 a.m. It is further stipulated that the briefing schedule be set as follows:

>	Defendant's Motion:	March 7, 2018
>	Government's Opposition:	April 4, 2018
>	Defendant's Reply:	April 18, 2018
>	Evidentiary Hearing:	May 2, 2018 at 10:00 a.m.

//

//

|   |   |
|---|---|
|   | McGREGOR W. SCOTT<br>United States Attorney |
| Dated: February 8, 2018 | /s/ *Susan St. Vincent*<br>SUSAN ST. VINCENT<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: February 8, 2018 | /s/ *Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>FRANCISCO VELAZQUEZ |

**O R D E R**

IT IS SO ORDERED, for the reasons set forth above, the April 4, 2018 status conference is vacated and the above briefing schedule is established. An evidentiary hearing is set for May 2, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: February 9, 2018          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE