Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 6:17-MJ-0094-MJS |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO CONTINUE EVIDENTIARY HEARING; AND ORDER THEREON** |
| FRANSISCO VELAZQUEZ, JR., | |
| Defendant. | |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Continue the evidentiary hearing currently scheduled in this matter for May 2, 2018. The Defendant will not be filing an opposition to this motion.

Defendant filed a Motion to Vacate Evidentiary Hearing on April 19, 2018. The Government Opposition to that motion to vacate will be filed on April 26, 2018. As the evidentiary hearing is currently scheduled for May 2, 2018, the Government request the evidentiary hearing date be continued June 19, 2018 at 10:00 a.m. and the matter be scheduled on May 2, 2018 for a hearing on the motion to vacate.

Dated: April 25, 2018               NATIONAL PARK SERVICE
                                     /S/ Susan St. Vincent
                                     Susan St. Vincent
                                     Legal Officer

1

**<u>ORDER</u>**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the evidentiary hearing scheduled for May 2, 2018, in the above referenced matter, *United States v. Velazquez, 6:17-mj-0094-MJS*, be continued to June 19, 2018 at 10:00 a.m., and the matter be set for a hearing on the motion to vacate on May 2, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **April 25, 2018**

UNITED STATES MAGISTRATE JUDGE