UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO VELAZQUEZ, JR.,<br><br>Defendant. | Case No. 6:17-mj-00094-MJS-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO VACATE EVIDENTIARY HEARING<br><br>(Doc. No. 13) |

Defendant Francisco Velazquez, Jr., moves to vacate the evidentiary hearing for his motion to suppress. (Doc. No. 13.) Defendant's motion to suppress presents no factual dispute, so the court will grant defendant's motion.

For these reasons,

1. Defendant's motion to vacate evidentiary hearing (Doc. No. 13) is GRANTED; and

2. The June 19, 2018 evidentiary hearing is VACATED.

IT IS SO ORDERED.

Dated: June 8, 2018                   /s/ *Jeremy D. Peterson*
                                      UNITED STATES MAGISTRATE JUDGE