HEATHER E. WILLIAMS, CA Bar No.122664
Federal Defender
HOPE ALLEY, CA Bar No. 314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
FRANCISCO VELAZQUEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO VELAZQUEZ, JR.,<br><br>Defendant. | Case No. 6:17-mj-00094-JDP<br><br>**MOTION TO PLACE MATTER ON CALENDAR** |

On August 6, 2018, this Court granted in part and denied in part Mr. Velazquez's Motion to Suppress. *See* Docket 21. The Court's Order did not set any future court dates. Accordingly, Mr. Velazquez respectfully requests that this Court places his case on the criminal calendar for October 11, 2018 at 10:00 a.m. and waives his appearance pursuant to the Rule 43 request that was granted on November 28, 2017. *See* Docket 4.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 7, 2018

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
FRANCISCO VELAZQUEZ, JR.

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS SO ORDERED, Case No. 6:17-mj-00094-JDP is hereby placed on this Court's |
| 3 | criminal calendar for October 11, 2018 at 10:00 a.m. |

DATED: 9/7/18

JEREMY D. PETERSON
United States Magistrate Judge